## PEARSE ET AL. *v.* REDMAN.

SUPREME COURT.—*Assignment of Error.—Co-Parties.*—Where a joint judgment has been rendered against two or more persons, some of whom appeal therefrom to the Supreme Court and assign errors in their names only, without joining their co-defendants, the appeal will be dismissed.

From the Posey Common Pleas.

*J. & H. C. Pitcher* and *M. W. Pearse,* for appellants.

*W. P. Edson,* for appellee.

PETTIT, J.—The appellee, Robert L. Redman, recovered a joint judgment against Simeon H. Pearse, Edward Brown, and William Black, administrator of Conyngton, deceased. Pearse and Brown only appealed, and have assigned errors in their names only, without joining their co-defendant. This assignment of error cannot be sustained. *Rabb* v. *Graham,* 43 Ind. 1; *Barger* v. *Manning,* 43 Ind. 472.

The appeal, under these and many other authorities, must be dismissed, at the costs of the appellant, which is done.

Motion to reinstate overruled.